# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-3493
_____

PHILLIP C. ROBERTS and ASHLEY
ROBERTS,

     Appellants,

     v.

THE LEGAL FUNDING GROUP,
LLC, THE LEGAL FUNDING
GROUP, II, LLC, BENJAMIN S.
EICHHOLZ, SCOTT C.
MARKOWITZ, HAYDEN C.
MARKOWITZ, CHASEN
MARKOWITZ,

     Appellees.

_____

On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

September 20, 2022


PER CURIAM.

     AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Steven R. Andrews of The Law Offices of Steven R. Andrews, P.A., Tallahassee, for Appellants.

Scott M. Work of Work Law Firm P.A., Destin, for Appellees.